IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IEISHA MASS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:24-cv-01785 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| AS TRUSTEE FOR OPTION ONE | § | |
| MORTGAGE LOAN TRUST 2005-4 | § | |
| ASSET-BACKED CERTIFICATES, | § | |
| SERIES 2005-4 | § | |
| | § | |
| Defendant. | § | |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Wells Fargo Bank, N.A.'s, as Trustee for Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates Series 2005-4, ("Defendant") Motion to Dismiss Plaintiff's Original Petition Pursuant to Fed. R. Civ. P 12(b)(6) ("Motion") came on for consideration before this Court.

Having considered all the papers filed in support of and in opposition to the Motion, any arguments of counsel, and all other pleadings and papers on file herein, the Court rules as follows:

Defendant's Motion is Granted.

The claims of Plaintiff Ieisha Mass against Defendant are DISMISSED with prejudice.

DATED: _____

_____
Ewing Werlein, Jr.
UNITED STATES DISTRICT JUDGE